UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

ADINE JONES                                         Case No.6:06-bk- 03424

    Debtors.
_____/

## CHAPTER 13 PLAN

The Debtor, ADINE JONES, submits the following Chapter 13 Plan:

1. The future earnings of the debtor are submitted to the supervision and control of the Trustee, and the debtor shall pay to the Trustee the sum of $1,547.00 per month for a period of thirty-six (36) months.

2. From the payments so received, the Trustee shall make disbursements as follows:

    A.   PRIORITY CLAIMS

        1.   Trustee's Fee: The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate of six percent (6%) per month of the amount of all payments under the Plan.

        2.   Debtor's Attorney: Sheryl S. Zust, Attorney At Law, has a priority claim in the amount of $1,500.00 for legal services. The trustee shall pay $41.80 in months 1 through 35, and $37.00 in month 36 to cure this debt.

    B.   SECURED CLAIMS

        1.   Countrywide holds a first mortgage on Debtor's Homestead property. The Trustee shall make the regular monthly mortgage payment in the amount of $1111.39 over the life of the Plan. The debtor is current on her payments.

        2.   Citifinancial holds a second mortgage on Debtor's Homestead property. The Trustee shall make the regular monthly mortgage payment in the amount of $300.99 over the life of the Plan. The debtor is current on her payments.

      3.     GE Money Bank has a purchase money security interest in a 2006 Yamaha Motorcycle. The debtor shall surrender said vehicle in full satisfaction of the debt owed.

      4.     Americredit has a purchase money security interest in a 2006 Kia. The debtor shall surrender said vehicle in full satisfaction of the debt owed.

      5.     Wells Fargo has a purchase money security interest in a 2006 Chevy Impala. The debtor shall surrender said vehicle in full satisfaction of the debt owed.

    C.     **UNSECURED CLAIMS**

      1.     Any claims filed after the deadline for filing proofs of claim shall receive no distribution under this Plan unless specifically provided for above. Unsecured creditors, including those secured creditors who have deficiency claims or whose liens have been voided, who timely file claims shall receive distribution prorata.

3. **EXECUTORY CONTRACTS.** The Debtor does not reject any executory contracts.

4. **VESTING.** Title to all property of the estate shall revest in the Debtor upon confirmation of this plan.

5. **RETENTION OF LIEN.** Secured creditors shall retain their liens until the allowed secured claim is paid in full

6. **LATE FEES OR ATTORNEYS' FEES.** No creditor shall be entitled to any late fees, attorney's fees or interest other than the interest contained in the payments provided for by the plan during this bankruptcy, including the life of this Plan. Upon successful completion of the Plan, the Debtor's mortgage balance shall be deemed current as a matter or law.

7. **INSURANCE.** Debtor shall keep the collateral which secures any debt paid under this Plan insured as provided for in the agreement between the Debtor and creditor.

DATED this 29 day of December, 2006.

_/s/ Sheryl Zust_
SHERYL S. ZUST, P.A.
Florida Bar No.: 0934259
1120 Beville Rd., Ste. C
Daytona Beach, FL 32114
(386) 258-3900

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy hereof has been furnished to all interested parties as listed on the attached mailing matrix, obtained from the Clerk's Office within the proceeding ten (10) days, by U.S. Mail on December 29, 2006.

*/s/ Sheryl Zust*

Sheryl S. Zust, P.A.
1120 Beville Rd., Suite C
Daytona Beach, FL 32114
Fl. Bar #: 0934259
(386) 258-3900

```
Label Matrix for USBC              Americredit                    Bill Me Later
Middle District of Florida         PO Box 78143                   PO Box 105658
Case 6:06-bk-03424-ABB             Phoenix AZ 85062               Atlanta GA 30348
Thu Dec 21 16:34:27 EST 2006


Capital One                        Cingular Wireless              Cit/Fhut
PO Box 650007                      PO Box 538695                  6250 Ridgewood Road
Dallas TX 75265-0010               Atlanta GA 30353               St Cloud MN 56303


Citifinancial Mortgage             Citimortgage, Inc              Countrywide
PO Box 9023                        P.O. Box 140609                PO Box 660694
Des Moines IA 50368                Irving, TX 75014               Dallas TX 75266-0694


Encore Receivable Management Inc.  Fingerhut                      Florida Department of Revenue
PO Box 3330                        PO Box 166                     Bankruptcy Unit
Olathe KS 66063                    Newark NJ 07101                Post Office Box 6668
                                                                  Tallahassee, FL 32314-6668


GE Money Bank                      GE Money Bank/Yamaha           Gemb/Care Credit
PO Box 960061                      PO Box 6153                    Po Box 981439
Orlando FL 32896-0061              Rapid City SD 57709            El Paso TX 79998


Household Bank                     Hsbc Nv                        Internal Revenue Service
PO Box 5222                        Po Box 19360                   Post Office Box 21126
Carol Stream IL 60197-5222         Portland OR 97280              Philadelphia PA 19114


Jean Mair                          Adine Dahlia Jones             Orchard Bank
PO Box 352144                      625 Florence Street            Household Credit Services
Palm Coast FL 32135                Daytona Beach, FL 32114        PO Box 5222
                                                                  Carol Stream IL 60197-5222


Space Coast Credit Uni             Space Coast Credit Union       Target National Bank
8045 S Wickham Rd                  PO Box 419001                  PO Box 59317
Melbourne FL 32941                 Melbourne FL 32941-9002        Minneapolis MN 55459-0317


Target Nb                          Thd/Cbsd                       Volusia County Tax Collector
Po Box 673                         Po Box 6003                    123 West Indiana Avenue
Minneapolis MN 55440               Hagerstown MD 21747            Room 103
                                                                  Deland, FL 32720


Laurie K Weatherford               Wells Fargo Auto               Sheryl S Zust
Post Office Box 3450               PO Box 60510                   Sheryl S Zust PA
Winter Park, FL 32790              Los Angeles CA 90060           1120 Beville Road
                                                                  Suite C
                                                                  Daytona Beach, FL 32114
```